# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK ANTHONY PERRY, SR.,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:18-1430** |
| **v.** | : | **(JUDGE MANNION)** |
| **MIKE WELKER, et al.,** | : | |
| **Defendants** | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY**

**ORDERED THAT**:

1. Defendants' motion for summary judgment, (Doc. 27), based on Plaintiff's failure to exhaust his administrative remedies prior to filing the instant action, as required by 42 U.S.C. §1997e(a), is **GRANTED**. Judgment is hereby entered in favor of all Defendants and against the Plaintiff.

2. Defendants' motion for reconsideration of this Court's September 30, 2019 Order (Doc 36) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  February 19, 2021**

18-1430-01-ORDER